UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES; BRIAN ANDERSON; SHENI CARMICHAEL; LOWELL ELLIOT; JANICE ELLIOT; ALICE KEENEY; BRIAN KEENEY; CHANTAL KEENEY; HAROLD MILLER; KELLY OTIS; KARL RYAN; DIANE RYAN; KARL SCHAFER-JUNGER; JACKSON SCHAFER-JUNGER; ROB STUART; CONNER STUART; COURTNEY STUART; KAREN STUART; JEFFREY WENGER; CORBETT WRIGHT; and YVONNE WRIGHT-SCOTT,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN A. GERINGER; CHRISTOPHER A. LUCK; KEITH E. RODE; and SANTA CRUZ COUNTY BANK<br>    Defendants. | Case No.: 13-CV-01290-LHK<br><br>ORDER REGARDING RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: August 27, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01290-LHK
ORDER REGARDING RECUSAL