IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES, et. al.,<br><br>           Plaintiff(s),<br>   v.<br><br>JOHN A. GERINGER, et. al.,<br><br>           Defendant(s). | CASE NO. 5:13-cv-01290 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 62), the court orders as follows on certain issues presented therein:

1. The previously-imposed stay of this action (see Docket Item No. 55) shall remain in effect and is hereby extended to **February 13, 2014**, unless modified by this order or otherwise.

2. As Judge Koh issued a ruling denying without prejudice Defendant Santa Cruz County Bank's (the "Bank") Motion to Dismiss (see Docket Item No. 55), the Bank must re-file the motion before this court. The Bank shall do so on or before **November 27, 2013**, and shall notice the motion for **March 7, 2014, at 9:00 a.m.** Briefing shall then occur according to Civil Local Rule 7-3. *Any opposition or reply brief must be re-filed as a new docket entry even if filed previously.*

As to setting further deadlines, the court agrees that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for November 22, 2013, is

CONTINUED to **March 28, 2014, at 10:00 a.m.**  The parties shall file an updated Joint Case Management Statement on or before **March 21, 2014.**

**IT IS SO ORDERED.**

Dated:  November 20, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge

CASE NO. 5:13-cv-01290 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE