IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br>v.<br><br>GLR CAPITAL MANAGEMENT LLC,<br><br>Defendant(s).<br>_____/ | CASE NO. 5:12-cv-02663 EJD<br><br>**ORDER CONTINUING MOTION HEARING** |

Having reviewed the matter, the court has determined that the hearing on Plaintiff's Motion for Appointment of a Receiver (Docket Item No. 77) will require more time than the court's civil motion calendar can accommodate. Accordingly, the hearing on the Motion is CONTINUED from January 17, 2014, to a special setting on **January 27, 2014, at 9:00 a.m.**

In addition, the court notes that pleadings in opposition to Plaintiff's Motion have been filed by certain individuals who are not parties to this action. See Docket Item Nos. 129, 130, 133. While the court appreciates the interest of these individuals, it nonetheless advises that only the named parties *to this action* will be allowed to enter an appearance and present argument at the motion hearing.

A copy of this order shall also be filed in Case No. 5:13-cv-01290 EJD.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
EDWARD J. DAVILA
United States District Judge