UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION., <br><br> Plaintiff, <br><br> v. <br><br> GLR CAPITAL MANAGEMENT LLC, et al., <br><br> Defendants. | Case Nos.: 5:12-CV-02663-EJD; 5:13-CV-01290-EJD; 5:13-CV-03055-EJD <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND STAY** |
| LYNN BRIDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ARNOLD GERINGER, et al., <br><br> Defendants. | |
| LINDA BUCKBEE SELLECK, <br><br> Plaintiff, <br><br> v. <br><br> KEITH RODE, et al., <br><br> Defendants. | |

Presently before the court in this Securities and Exchange Commission enforcement action are individual defendants John Geringer, Christopher Luck, and Keith Rode's Motion for Continuance of Stay of Civil Proceedings (Case No. 12-CV-02663, Dkt. No. 142). Defendants

seek a six-month extension of the stay already in place in this case and two related civil cases (see Case No. 12-CV-02663 Dkt. Nos. 73, 109; Case No. 13-CV-1290 Dkt. No. 55; Case No. 13-CV-03055 Dkt. No. 42) in order to allow for completion of the criminal actions against them, which are also pending before this court. Having reviewed Defendants' motion and considering the current circumstances, the court finds it appropriate to extend the stay. Accordingly Defendants' Motion is hereby GRANTED. The instant case, along with all related civil matters, shall be stayed pending resolution of the related criminal cases, or further order of the court. All pending motions are terminated without prejudice to be re-filed upon dissolution of the stay.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
EDWARD J. DAVILA
United States District Judge