**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES, et. al., | CASE NO. 5:13-cv-01290 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN GERINGER, et. al., | |
| Defendant(s). | |

In light of the recently-extended stay of this action (see Docket Item No. 70), the Case Management Conference scheduled for March 28, 2014, is VACATED and will be reset by the court when appropriate.

**IT IS SO ORDERED.**

Dated: February 14, 2014

EDWARD J. DAVILA
United States District Judge