UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN ARNOLD GERINGER, et al.,<br><br>　　　　Defendants. | Case No.  5:13-cv-01290-EJD<br><br>**STATUS CONFERENCE ORDER** |

On March 12, 2015, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference. Based on a review of the action and the discussions held at the conference, the court orders as follows:

　　1.　　As indicated at the hearing, the stay originally ordered on February 11, 2014 (Docket Item No. 70) is DISSOLVED.

　　2.　　The court schedules a hearing on Defendant Santa Cruz County Bank's Motion to Dismiss for **9:00 a.m. on May 21, 2015.** The parties shall re-file all briefing associated with that motion.

　　3.　　In addition, the court schedules a hearing on Defendant Santa Cruz County Bank's anticipated Motion for Misjoinder for **9:00 a.m. on June 25, 2015.**

**IT IS SO ORDERED.**

Dated:  March 12, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:13-cv-01290-EJD
STATUS CONFERENCE ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>GLR CAPITAL MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No.  5:12-cv-02663-EJD<br>Case No.  5:13-cv-01290-EJD<br><br>**CERTIFICATE OF SERVICE** |
| LYNN BRIDGES, et al<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN GERINGER, et al<br><br>Defendants. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher A Luck
4 Sterling Lane
Scotts Valley, CA 95066

John Arnold Geringer
GLR Advisors
P.O. Box 67417
Scotts Valley, CA 95067

Keith Everts Rode
7163 South Cambridge Drive
Franklin, WI 53132

Dated: 3/12/2015

Richard W. Wieking
Clerk, United States District Court

By: *Elizabeth C Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA