UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOHN ARNOLD GERINGER, et al.,<br><br>      Defendants. | Case No. 5:13-cv-01290-EJD<br><br>**ORDER TO SHOW CAUSE** |

On May 21, 2015, this court issued an order dismissing Plaintiffs' Complaint with leave to amend. See Docket Item No. 32. The court set a deadline of June 5, 2015, for the filing of an amended complaint. To date, Plaintiffs have not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, by **June 16, 2015**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: June 9, 2015

                                        EDWARD J. DAVILA<br>                                        United States District Judge