UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNN BRIDGES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN ARNOLD GERINGER, et al.,<br><br>    Defendants. | Case No. 5:13-cv-01290-EJD<br><br>**ORDER DISMISSING CASE** |

On June 10, 2015, the court ordered Plaintiffs to show cause in writing by June 16, 2015, why this action should not be dismissed for failure to prosecute after Plaintiffs failed to file an amended complaint. See Docket Item No. 87. In response, Plaintiffs have indicated they intend to pursue alternative litigation in state court and do not intend to file an amended complaint. See Docket Item No. 88.

Accordingly, the claim for violation of Section 12(a)(2) of the Securities Act of 1933, 15 U.S.C. §77l(a)(2), is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). Consistent with the order addressing the motion to dismiss, the remaining claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. See Freeman v. Oakland Unified Sch. Dist., 179 F.3d 846, 847 (9th Cir. 1999) ("Dismissals for lack of jurisdiction 'should be . . . without prejudice so that a plaintiff may reassert his claims in a competent court.'"). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 17, 2015

                                                EDWARD J. DAVILA<br>
                                                United States District Judge